UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NOT FOR PUBLICATION

TAMARA SHOVSKY,

                         Plaintiff,

-against-

ANTHEM,

                         Defendant.
------------------------------------------------------------X

**DECISION & ORDER**
17-CV-5136 (WFK) (LB)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 29, 2017, Tamara Shovsky ("Plaintiff"), appearing *pro se*, filed this action against her former employer, Anthem, alleging employment discrimination in violation of Title VII and the Age Discrimination in Employment Act. By Order dated August 31, 2017, the Court denied Plaintiff's request to proceed *in forma pauperis* ("IFP"). On September 11, 2017, Plaintiff filed a letter-motion requesting reconsideration of the Court's order denying IFP. *See* ECF Doc. No. 4.

The Court grants Plaintiff's request for reconsideration and vacates the order denying IFP. Plaintiff's request to proceed IFP is hereby granted. The Clerk of Court is directed to issue a summons and the United States Marshal Service is directed to serve the summons and complaint on the defendant without prepayment of fees. The case is referred to the Honorable Lois Bloom, United States Magistrate Judge, for pretrial supervision.

                                                      **SO ORDERED.**

                                                    /S/ Judge William F. Kuntz, II

                                                    WILLIAM F. KUNTZ, II
                                                    United States District Judge

Dated: September 14, 2017
         Brooklyn, New York